UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Robert Shatney</u>

     v.                       07-cv-208-SM

<u>United States of America</u>


                          <u>ORDER</u>

    Re: Document No.5, Response to Complaint

    Ruling: The government concedes that the prior forfeiture should be set aside without prejudice to filing a new administrative forfeiture proceeding, with actual notice to Shatney, within 60 days. Accordingly, the proposed order attached to the government's response (document no. 5) is adopted as an order of the court. Shatney should understand that he must comply with applicable time deadlines after being served with notice of the government's administrative forfeiture proceeding against the 1994 Harley Davidson Heritage Soft Tail motorcycle VIN # 1HD1BNL12R040562, and, further, he should seek legal counsel, or at a minimum, endeavor to inform himself of his rights and substantive and procedural options in connection with the government's anticipated action to have the motorcycle forfeited. The clerk shall close this case.

                                              _____
                                              Steven J. McAuliffe
                                              Chief District Judge

Date: September 20, 2007

cc:  Robert Shatney, pro se
     Robert Rabuck, Esq.